UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANNY GILES,

                Petitioner,

v.

JERI BOE,

                Respondent.

Case No. C18-0629-RAJ-MAT

ORDER GRANTING PETITIONER'S MOTION TO STAY AND ABEY

This is a federal habeas action proceeding under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's motion to stay and hold in abeyance his federal habeas petition pending exhaustion in the state courts of several of his claims for federal habeas relief. Respondent has filed a response to petitioner's motion in which she indicates that she does not oppose petitioner's request. Based on the foregoing, the Court hereby ORDERS as follows:

(1) Petitioner's motion to stay and abey his petition for writ of habeas corpus (Dkt. 4) is GRANTED.

(2) This action is STAYED pending completion of petitioner's state court collateral proceedings. Petitioner is directed to submit a report every 90 days while the stay is in effect advising this Court of the status of the state court proceedings. Petitioner is further directed to

ORDER GRANTING PETITIONER'S
MOTION TO STAY AND ABEY - 1

advise the Court within thirty days after issuance of the certificate of finality in his state court proceedings whether this federal habeas action is ready to proceed. Once petitioner has advised the Court that the stay may be lifted, the Court will set a briefing schedule for the parties.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Richard A. Jones.

DATED this 20th day of July, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION TO STAY AND ABEY - 2