UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANNY GILES,

          Petitioner,

v.

DAN WHITE,

          Respondent.

Case No. C18-0629-RAJ-MAT

ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court at the present time on respondent's motion for an extension of time to file an answer to petitioner's federal habeas petition. Petitioner has not opposed the motion. The Court, having reviewed respondent's motion, and the balance of the record, hereby ORDERS as follows:

(1) Respondent's motion for an extension of time to file his answer to petitioner's federal habeas petition (Dkt. 19) is GRANTED. Respondent's answer was received on December 24, 2019 and has been made a part of the record.

//

//

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME - 1

(2) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Richard A. Jones.

DATED this 7th day of January 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME - 2