UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANNY GILES,

                  Petitioner,

v.

DAN WHITE,

                  Respondent.

Case No. C18-0629-RAJ-MAT

ORDER GRANTING PETITIONER'S MOTION TO FILE AN OVER-LENGTH BRIEF

This is a federal habeas action brought under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's motion to file an over-length brief in response to respondent's answer to petitioner's federal habeas petition. Respondent has not opposed the motion. The Court, having reviewed petitioner's motion, and the balance of the record, hereby ORDERS as follows:

(1) Petitioner's motion to file an over-length brief in response to respondent's answer (Dkt. 23) is GRANTED. Petitioner's response was received on January 21, 2020 and has been made a part of the record. (Dkt. 24.) Because petitioner's response was received for filing a week after it was actually due, the Court deems it appropriate to grant respondent an opportunity to now file a reply to petitioner's response should he desire to do so. Accordingly, respondent is directed

ORDER GRANTING PETITIONER'S
MOTION TO FILE AN OVER-LENGTH
BRIEF - 1

to file any reply to petitioner's response not later than *February 28, 2020*. Respondent's answer (Dkt. 20) is RE-NOTED on the Court's calendar for consideration on that date.

(2) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Richard A. Jones.

DATED this 20th day of February, 2020.

Mary Alice Theiler
United States Magistrate Judge