HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANNY GILES,

    Petitioner,

v.

DAN WHITE,

    Respondent.

Case No. 2:18-cv-00629-RAJ

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses thereto, and the remaining record, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. # 27);

(2) Petitioner's petition for writ of habeas corpus (Dkt. # 3) is **DENIED**, and this action is **DISMISSED with prejudice**;

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is **DENIED**;

ORDER – 1

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Mary Alice Theiler.

DATED this 8th day of February, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2